May 15, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00096-CV

ANTHONY NGUYEN, O.D., Appellant

V.

TEXAS OPTOMETRY BOARD, Appellee

This cause, an appeal in favor of appellee, Texas Optometry Board, signed July 31, 2024, was heard on the appellate record. We have inspected record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We further order this decision certified below for observance.

Judgment Rendered May 15, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.